**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                               NO. 4:05CR00213-004 SWW

ARMIN COLLINS

<u>**ORDER**</u>

The above entitled cause came on for hearing on the petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based on statements made on the record, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED that the government's motion is granted, and the supervised release previously granted this defendant in the above matter hereby is revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of FIVE (5) MONTHS in the custody of the Bureau of Prisons, and defendant should receive credit for time served.

There will be no supervised release following defendant's term of imprisonment.

The special assessment previously imposed in the amount of $100.00 is mandatory and remains due and payable in this matter. During his incarceration, defendant shall pay 50 percent per month of all funds that are available to him on the special assessment. During community confinement placement, payments will be reduced to 10 percent of defendant's gross monthly income.

Defendant is remanded to the custody of the United States Marshal to immediately begin service of the sentence imposed.

IT IS SO ORDERED this 4th day of March, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE